UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARYL TEBLUM, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                                  Case No: 2:19-cv-00403-SPC-MRM

PHYSICIAN COMPASSIONATE
CARE, LLC d/b/a DOCMJ,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff Daryl Teblum, pursuant to Middle District Local Rule 3.08, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval on or before June 5, 2020.

Date: May 20, 2020

                                                                            Respectfully submitted,

                                                                            **HIRALDO P.A.**

                                                                            */s/ Manuel S. Hiraldo*
                                                                            Manuel S. Hiraldo
                                                                            Florida Bar No. 030380
                                                                            401 E. Las Olas Boulevard
                                                                            Suite 1400
                                                                             Ft. Lauderdale, Florida 33301
                                                                            Email: mhiraldo@hiraldolaw.com
                                                                            Telephone: 954.400.4713
                                                                            *Counsel for Plaintiff*