UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DARYL TEBLUM, individually and
on behalf of all others similarly
situated

        Plaintiff,

v.                                          Case No: 2:19-cv-403-SPC-MRM

PHYSICIAN
COMPASSIONATE CARE LLC,

        Defendant.
_____/

### ORDER[1]

Before the Court is Plaintiff's Notice of Filing Revised Short Form Notices (Doc. 55) in compliance with the Court's February 4, 2021 Order. After review of the revised short form notices, the Court finds they adequately cure the deficiencies previously identified.

Accordingly, it is now

**ORDERED:**

The revised short form notices are **APPROVED.**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The Court authorizes the Notice Administrator, KKC LLC, to distribute the Notice of Settlement and Claim Form to putative collective-action members as set forth in the Amended Settlement Agreement.

**DONE** and **ORDERED** in Fort Myers, Florida on February 11, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record