# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DARYL TEBLUM, individually and
on behalf of all others similarly
situated

      Plaintiff,

v.                                                   Case No: 2:19-cv-403-SPC-MRM

PHYSICIAN
COMPASSIONATE CARE LLC,

      Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. This is class-action lawsuit for violations of the Telephone Consumer Protection Act. The parties have settled the case and are awaiting the final approval and fairness hearing on June 14, 2021, before Magistrate Judge Mac R. McCoy. Now that all the substantive issues have been decided, the Court reminds the parties they are free to consent to the assigned United States Magistrate Judge (Judge McCoy) for the final approval of the settlement agreement. Judge McCoy will be able to finalize the settlement soon after the hearing if the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

parties consent. If the parties choose to consent, the Court directs them to file a notice of consent form (available on the Court's website). Of course, either party is free to withhold consent without any adverse consequences. *See* 28 U.S.C. § 636(c)(2).

Accordingly, it is now

**ORDERED:**

If applicable, the parties must file a notice of consent form **on or before May 19, 2021.**

**DONE** and **ORDERED** in Fort Myers, Florida on May 12, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record